STATE v. COOK

No. 475P97

Case below: 127 N.C.App. 395

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

STATE v. DICKENS

No. 442P97

Case below: 127 N.C.App. 210

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 November 1997.

STATE v. DOVE

No. 405P97

Case below: 126 N.C.App. 831

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 November 1997.

STATE v. FISHER

No. 62A93-2

Case below: Guilford County Superior Court

Petition by defendant for writ of certiorari to review the order of Superior Court, Guilford County denied 6 November 1997.

STATE v. FLOWERS

No. 553A94

Case below: Rowan County Superior Court

Motion by defendant (Flowers) to dismiss counsel and abandon appeal is remanded 4 December 1997 to Superior Court for a hearing on defendant's motion.